UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**BRONSON MEADOR**

INDICTMENT

NO. 3:21-CR-115-CHB

18 U.S.C. § 1028(a)(3)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

The Grand Jury charges:

## COUNT 1
*(Possession with Intent to Use Unlawfully Five or More Identification Documents)*

On or about April 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BRONSON MEADOR**, defendant herein, knowingly possessed with intent to use unlawfully five or more identification documents, authentication features, and false identification documents, namely driver's licenses and social security cards, with said possession affecting interstate commerce.

In violation of Title 18, United States Code, Section 1028(a)(3).

The Grand Jury further charges:

## COUNT 2
*(Possession of Fifteen or More Counterfeit and Unauthorized Access Devices)*

On or about April 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BRONSON MEADOR**, defendant herein, knowingly and with intent to defraud,

possessed at least fifteen counterfeit and unauthorized access devices, namely credit and debit card numbers assigned to other persons, with said possession affecting interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(3).

The Grand Jury further charges:

## COUNT 3
*(Possession of Device Making Equipment)*

From in or about and between February 2021 to April 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BRONSON MEADOR**, defendant herein, knowingly and with intent to defraud, had custody and control of and possessed device-making equipment, namely, a Microsoft Surface Pro Laptop, a printer, a credit card embossing machine, a magnetic card reader and writer, and white plastic cards, with said possession affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(4).

The Grand Jury further charges:

## COUNT 4
*(Aggravated Identity Theft)*

On or about April 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BRONSON MEADOR**, defendant herein, did knowingly possess and use without lawful authority, a means of identification of another person, that is the name, date of birth, and government issued driver's license number, for V.L., knowing that the means of identification belonged to another actual person, during and in relation to a felony violation of 18 U.S.C. § 1028(a)(3), possession with intent to use unlawfully five or more identification documents, and a felony violation of 18 U.S.C. § 1029(a)(3), possession of 15 or more counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, **BRONSON MEADOR,** defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of a violation of 18 U.S.C. §§ 1028 and 1029, and pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses, including but not limited to the following:

a. Microsoft Surface Pro serial number: 011309701557;

b. Apple iPhone 11 Pro Max serial number: F2LZC39KN70C;

c. Apple iPad Pro Max serial number: DMPFF3B5NTHX;

d. Zebra ZXP Series 7 card printer serial number: 5612057;

e. MSR X6 magnetic card reader/writer serial number: F12005140049;

f. Credit card embossing machine, off-white in color and stored in a black hard-shell case; and;

g. White plastic cards.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:SMZ

UNITED STATES OF AMERICA v. **BRONSON MEADOR**
## PENALTIES

Count 1: NM 5yrs./$250,000 fine/both/NM 3 yrs. Supervised Release
Count 2: NM 10yrs./$250,000 fine/both/NM 3 yrs. Supervised Release
Count 3: NM 15yrs./$250,000 fine/both/NM 3 yrs. Supervised Release
Count 4: NL 2 yrs. consecutive/$250,000 fine/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.