

# Case Assignment
# Standard Criminal Assignment

Case number **3:21CR-115-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 9/8/2021 11:56:59 AM
Transaction ID: 59270

[ Request New Judge ]    [ Return ]