UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
SEP -8 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA     PLAINTIFF

v.     3:21-CR-115-CHB

BRONSON MEADOR     DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Stephanie M. Zimdahl hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Stephanie M. Zimdahl*

Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6217
Email: stephanie.zimdahl@usdoj.gov