AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>BRONSON MEADOR<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   3:21CR-115-CHB |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRONSON MEADOR                                                                           .

Date:   09/13/2021

s/ Donald J. Meier
*Attorney's signature*

Donald J. Meier
*Printed name and bar number*

629 S. Fourth Avenue
200 Theatre Building
Louisville, KY  40202

*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*