# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**VS.**                                        **CRIMINAL ACTION NUMBER: 3:21CR-115-CHB**

**BRONSON MEADOR**                                                     **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On September 10, 2021, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Stephanie Zimdahl appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. The proceeding was digitally recorded.

The defendant consented to proceed with initial appearance via video conference.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender to represent the defendant.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **September 13, 2021 at 2:00 p.m.** via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

September 13, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

:15